**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JEFFERY RAMSEY**                                                               **PLAINTIFF**

**VS.**                                               **CIVIL ACTION: 1:18cv336-LG-RHW**

**FONTENOT CARROL,** *et al.*                                           **DEFENDANTS**

## ORDER

Pursuant to Plaintiff's Amended Complaint [45] filed on July 18, 2019, which added new Defendants in this case, it is,

**ORDERED** that:

1. The Clerk of Court is directed to issue a *Notice of Lawsuit and Request to Waive Service of a Summons* for Defendants Unknown Walton, Unknown Casey, Unknown Leonard, Evan Hubbard, Beth Victoriano, Deborah Whittle, Unknown Gladshap, and Robert Immell. The Clerk is directed to attach a copy of this Order to a copy of the Complaint [1]; Order [9], entered November 30, 2018 and Plaintiff's Response [11] filed December 6, 2018; Order [13] entered December 10, 2018; Order of Partial Dismissal [14] entered December 11, 2018; the Amended Complaint [45] filed July 18, 2019; the issued *Notice*, and the *Waiver of the Service of Summons* form and send via first class mail to **Norris Hopkins, Hopkins, Barvie & Hopkins, PLLC, P.O. Box 1510, Gulfport, Mississippi 39502** for Defendants Unknown Walton, Unknown Casey, Unknown Leonard, Evan Hubbard, Beth Victoriano, Deborah Whittle, Unknown Gladshap, and Robert Immell. The Defendants are directed to file a signed *Waiver* form or a Response within 30 days.

If counsel is receiving this Order and is unable to execute a *Waiver* for a Defendant because the Defendant is not employed by the entity that counsel represents or because, after due diligence, counsel is unable to identify the Defendant from the *Notice* and Complaint, a Response should be filed. The Response from counsel should contain the name of the Defendant and, if previously employed by the entity counsel represents, the Response should contain the Defendant's last known address. If the Response contains a last known address it shall be filed under seal.

2. Defendants shall file an answer or other responsive pleading in this cause in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

3. That subpoenas shall not be issued except by order of the Court. The United States District Clerk shall not issue subpoenas upon request of the *pro se* litigant, but shall instead forward the request to the Magistrate Judge assigned to this case for review. Plaintiff shall submit all requests for issuance of subpoenas to the Magistrate Judge's office for review.

Plaintiff should understand that this Order allowing process to issue against the above named Defendants does not reflect any opinion of this Court that the claims contained in the Amended Complaint will or will not be determined to be meritorious. **It is Plaintiff's responsibility to prosecute this case. Failure to advise this Court of a change of address or failure to comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.**

**SO ORDERED,** this the 1st day of August 2019.

/s/ *Robert H. Walker*

ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE